**LAW OFFICE OF PETER B. TIEMANN**
PETER B. TIEMANN, State Bar #195875
4989 Golden Foothill Parkway
El Dorado Hills, California 95672
Telephone: (916) 941-7300
pbtman@gmail.com

Attorney for Plaintiff
Minor D. B.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Minor D.B. by and through his Guardian Ad Litem, STEPHANIE NELSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CENTER UNIFIED SCHOOL DISTRICT, TWIN RIVERS UNIFIED SCHOOL DISTRICT, TWIN RIVERS POLICE DEPARTMENT; CHRISTOPHER BRECK, individually and in his official capacity as Chief of Twin Rivers Police Department; Twin Rivers Police Officer BRIAN BOWMAN; Does 1 though 10.<br><br>    Defendants. | No: 11CV135 JAM DAD<br><br>**PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

Petitioner states as follows:

    1. I am a minor of the age of 15 years.

    2. I have commenced an action in this court against defendants for violation of civil rights, and other tortuous conduct.

    3. I have no general guardian and no previous petition for appointment of a guardian ad

Guardian Ad Litem – Buettner      1

1 | litem has been filed in this matter.

2 |     4. Stephanie Nelson is my mother.

3 |     5. Stephanie Nelson, whose address is 7964 Golden Ring Way, Antelope, CA 95843,
4 | is a competent and responsible person, and fully competent to act as my guardian ad litem.

5 |     6. Said Stephanie Nelson is willing to act as guardian ad litem for petitioner, as appears
6 | by Dustin Buettner consent attached hereto.

7 |     WHEREFORE, petitioner moves the court for an order appointing Stephanie
8 | Nelson as guardian ad litem of petitioner for the purpose of bringing action against
9 | defendants on the claim hereinabove stated.

11 | DATED: January 14, 2011

12 |     /s/ Peter B. Tiemann
    PETER B. TIEMANN
13 |     Attorney for Petitioner

14 | CONSENT OF NOMINEE

15 | I, Stephanie Nelson, the nominee of the Petitioner, consent to act as guardian ad litem
16 | for the minor petitioner in the above action.

18 | DATED: January 14, 2011

19 |     /s/ Stephanie Nelson
    Stephanie Nelson

21 |     The petition for an order appointing Stephanie Nelson as guardian ad litem for
22 | petitioner is GRANTED.
23 | DATED: June 6, 2011

25 |     United States District Judge

Guardian Ad Litem -- Buettner      2