**LAW OFFICE OF PETER B. TIEMANN**
PETER B. TIEMANN, State Bar #195875
P.O. Box 5410
El Dorado Hills, California 95672
Telephone: (916) 941-7300
pbtman@gmail.com

Attorney for Plaintiff
Minor D. B.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Minor D.B. by and through his Guardian Ad Litem, JENNIFER MILLER MOSS,<br><br>Plaintiff,<br><br>vs.<br><br>CENTER UNIFIED SCHOOL DISTRICT, TWIN RIVERS UNIFIED SCHOOL DISTRICT, TWIN RIVERS POLICE DEPARTMENT; CHRISTOPHER BRECK, individually and in his official capacity as Chief of Twin Rivers Police Department; Twin Rivers Police Officer BRIAN BOWMAN; Does 1 though 10.<br><br>Defendants.<br>_____/ | No: 2:11-CV-00135-JAM-<br><br>**STIPULATION AND (PROPOSED) ORDER FOR DISMISSAL OF ACTION**<br><br>[F.R.Civ.P.,Rule 41(a)(2)] |

TO THE COURT AND ALL PARTIES:

It is here by stipulated and agreed by and between the parties to the above entitled action, through their respective attorneys, that said action be dismissed with prejudice and

without costs to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

**IT IS SO STIPULATED.**

**LAW OFFICE OF PETER B. TIEMANN**

Dated: 3/4/2013     By: /S/ Peter B. Tiemann             .
              PETER B. TIEMANN,
              Attorney for Plaintiff,
              Minor D. B

**ANWYL, SCOFFIELD & STEPP, LLP**

Dated: March 12, 2013     By:   /S/ James T. Anwyl            
              James T. Anwyl, Esq.
              Attorney for Defendants

GOOD CAUSE APPEARING TEREFORE, IT IS HEREBY ORDERED THAT this matter is dismissed with prejudice as against Defendants Center Unified School District, Twin Rivers Unified School District, Twin Rivers Police Department, Christopher Breck, and Brian Bowman, each party to bear their own costs and fees.

DATED:

_____
United States District Judge